# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:07CR210 |
| ) | |
| vs. ) | ORDER |
| ) | |
| KENNETH W. BLAIR, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Kellie Paris Asaka to withdraw as counsel for defendant, Kenneth W. Blair (Blair) (Filing No. 81). Ms. Asaka entered her appearance for Blair as retained counsel on August 24, 2007 (Filing No. 43) and has served as Blair's counsel to the present date including during a motion to suppress, a guilty plea proceeding, and pre-sentencing matters including an objection to the presentence investigation. Blair is scheduled for sentencing by Chief Judge Bataillon on April 22, 2008, at 8:30 a.m. The court is informed that Ms. Asaka does not assume her position with the Department of Housing and Urban Development until May 1, 2008. Accordingly, there is no showing that Ms. Asaka cannot handle the sentencing of Blair at the scheduled hearing. Following the sentencing hearing, Ms. Asaka may be relieved of her duties as retained counsel and counsel may be appointed to represent Blair for any appellate proceedings, if appropriate.

**IT IS ORDERED:**

Ms. Asaka's motion to withdraw as counsel for Blair (Filing No. 81) is denied without prejudice.

DATED this 4th day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge